**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Sanchez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1234 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **ESGARDO SANCHEZ-GONZALEZ,** | ) | |
| Defendant. | ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: April 25, 2008                             *s/ Bridget L. Kennedy*
                                                                  **BRIDGET L. KENNEDY**
                                                                  Federal Defenders of San Diego, Inc.,
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA 92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  e-mail:bridget_kennedy@fd.org